UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**PEGASUS EQUINE GUARDIAN ASSOCIATION**   **CASE NO. 2:17-CV-00980**

**VERSUS**   **UNASSIGNED DISTRICT JUDGE**

**U.S. ARMY**   **MAGISTRATE JUDGE KAY**

## MINUTES OF COURT:
## MOTION HEARING

| Date: | January 30, 2018 | Presiding: | Magistrate Judge Kathleen Kay |
| Court Opened: | 10:10 AM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 12:20 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 2:10 | Courtroom: | Courtroom 4 |

### APPEARANCES

| Machelle R Lee Hall   (Retained) | For | Pegasus Equine Guardian |
| Allison Skopec (Student Attorney) | | Association, Plaintiff |
| Ashlyn Smith-Sawka (Student Attorney) | | |
| | | |
| Davene D Walker | For | U S Army, Defendant |
| Desiree C Williams-Auzenne | For | U S Army, Defendant |

### PROCEEDINGS

This matter was called for hearing on [43] Motion for Partial Preliminary Injunction by Pegasus Equine Guardian Association.

After hearing testimony, the Court took the matter Under Advisement. The Plaintiff has 14 days to submit a post-trial memorandum. The Defendants have 7 days thereafter to respond.