UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| PEGASUS EQUINE GUARDIAN ASSOC. | : | DOCKET NO. 17-cv-980 |
| VERSUS | : | JUDGE ELIZABETH E. FOOTE |
| UNITED STATES ARMY, ET AL. | : | MAG. JUDGE KATHLEEN KAY |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, having thoroughly reviewed the record, including the written objections, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that plaintiff's Motion To Submit Extra-Record Evidence [doc. 49] be **GRANTED** insofar as that material is considered in our review of the request for injunctive relief.

**IT IS FURTHER ORDERED** that the defendants' Motion To Strike [doc. 52] and Motion in Limine [doc. 57] be **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Leave To File Amicus Curiae Brief [doc. 72] and Motion for Leave To File a Reply to Defendants' Opposition thereto [doc. 80] be **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Partial Preliminary Injunction [doc. 43] be **DENIED**.

**IT IS FURTHER ORDERED** that this matter be reassigned to the docket of the Unassigned District Judge.

**THUS DONE AND SIGNED** on June ___, 2018.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE